No. 833. J. I. Case Plow Works et al., Petitioners, *v.* Bryant & Bond Company. May 17, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. F. M. Etheridge* and *Mr. J. M. McCormick* for petitioners. No appearance for respondent.

---

No. 837. Central of Georgia Railway Company, Petitioner, *v.* The Railroad Commission of Alabama et al. May 17, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Henry C. Cunningham, Mr. Alexander R. Lawton, Mr. T. M. Cunningham, Jr.,* and *Mr. R. E. Steiner* for petitioner. *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents

---

No. 838. The Western Railway of Alabama, Petitioner, *v.* The Railroad Commission of Alabama et al. May 17, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert E. Steiner* for petitioner. *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents.

---

